UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Oct 20  2 41 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| JEFFREY JORDAN, | : |
| PLAINTIFF, | : CIVIL NO. 3:03CV00982 (MRK) |
| v. | : |
| UNITED STATES OF AMERICA, | : |
| DEFENDANT. | : OCTOBER 20, 2003 |

## MOTION TO DISMISS

Pursuant to Rules 12(b)(1) and (b)(6) of the Federal Rules of Civil Procedure, and Local Rule 7 of the Rules of Procedure for the District of Connecticut, the Defendant, United States of America, through its undersigned counsel, respectfully moves to dismiss the Amended Complaint in the above-captioned

This motion is supported by a memorandum of law and attachments thereto, submitted herewith.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct01705

NO ORAL ARGUMENT IS REQUESTED

## CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Motion to Dismiss has been mailed, postage prepaid, on this 20th day of October, 2003, to:

Kenneth A. Votre, Esq.
Hurwitz, Cooper, Silverman & Votre, P.C.
667 State Street
New Haven, CT 06511

*Lauren M. Nash*
LAUREN M. NASH
ASSISTANT U.S. ATTORNEY
P.O. BOX 1824
NEW HAVEN, CT 06508
(203) 821-3700
FEDERAL BAR # ct01705