## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY JORDAN | : | |
| | : | NO. 3:03CV982(MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | |

## ORDER

Plaintiff'S Unopposed Motion for 20-Day Extension To Respond to Defendant's Motion To Dismiss (Doc. #12), dated November 6, 2003, is hereby GRANTED. Plaintiff shall respond in opposition to Defendant's Motion to Dismiss on or before November 30, 2003.

IT IS SO ORDERED.

/s/   Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: November 12, 2003