UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(Hartford)

FILED
Nov 26   12 58 PM '03
U.S. DISTRICT COURT
NEW HAVEN, CONN.

JEFFREY JORDAN
    *Plaintiff*

VS.

UNITED STATES OF AMERICA
    ,
    *Defendant.*

No.: 3:03CV00982 (MRK)

November 26, 2003

## PLAINTIFF'S UNOPPOSED MOTION FOR 7-DAY EXTENSION TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

The plaintiff Jeffrey Jordan in the above action, hereby requests a seven (7) day extension of time until December 7, 2003 in which to respond in opposition to the Defendant's Motion To Dismiss dated October 20, 2003. Opposing counsel has been contacted and she does not object to this request. This is the plaintiff's second request for an extension of time.

WHEREFORE, the plaintiff respectfully requests this Motion be granted.

        THE PLAINTIFF
        JEFFREY JORDAN

By: _____
        Kenneth A. Votre (ct05981)
        Hurwitz, Cooper, Silverman & Votre, P.C.
        667 State Street
        New Haven, CT 06511
        Ph: (203) 562-9955
        Fax: (203) 789-0776

ORAL ARGUMENT IS <u>NOT</u> REQUESTED
TESTIMONY IS <u>NOT</u> REQUIRED

## ORDER

The foregoing Motion having been heard it is hereby ORDERED:

GRANTED / DENIED.

BY THE COURT

_____
JUDGE / CLERK
ASSISTANT CLERK

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 26th day of November 2003, to the following counsel and *pro se* parties of record:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508
Federal Bar #ct 01705
Tel. (203) 821-3700

*[signature]*
Kenneth A. Votre