OrdEoT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JEFFREY JORDAN          :
                        :   NO. 3:03CV982(MRK)
    Plaintiff       :
                        :
v.                      :
                        :
UNITED STATES OF AMERICA :
                        :
    Defendant       :

## ORDER

Plaintiff's Unopposed Motion for 7-Day Extension To Respond to Defendant's Motion To Dismiss (Doc #14), dated November 26, 2003, is hereby GRANTED. Plaintiff shall respond in opposition to Defendant's Motion to Dismiss on or before December 7, 2003.

IT IS SO ORDERED.

_____
Mark R. Kravitz, U.S.D.J.

Dated at New Haven, Connecticut: December 2, 2003