UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JEFFREY JORDAN, : | |
| : | CIVIL NO. 3:03CV00982 (MRK) |
| PLAINTIFF, : | |
| : | |
| v. : | |
| : | |
| UNITED STATES OF AMERICA, : | |
| : | |
| DEFENDANT. : | DECEMBER 29, 2003 |

UNOPPOSED MOTION, *NUNC PRO TUNC,* FOR
EXTENSION OF TIME TO FILE REPLY BRIEF

Pursuant to Rule 7 of the Local Rules of Civil Procedure for the District of Connecticut, the Defendant, United States of America, through its undersigned counsel, hereby respectfully requests that this Court grant an extension of time, *nunc pro tunc,* of twenty-one (21) days, from December 22, 2003 up to and including January 14, 2004, to file a reply brief in this case.  This brief would be submitted in further support of the government's motion to dismiss filed on October 20, 2003, and in response to the Plaintiff's Memorandum in Opposition to that motion filed on December 8, 2003.  The United States seeks this extension because undersigned counsel needs additional time to finalize the government's reply brief in light of the press of other business, including an oral argument at the Court of Appeals.  Undersigned counsel makes this motion *nunc pro tunc* because the government's reply brief was due on December 22, 2003.  Undersigned counsel did not seek this extension until now through inadvertence, and apologizes to the Court and opposing counsel for the oversight.

-2-

      This is the first motion to extend this time limitation.  Counsel for the plaintiff has no objection to the extension sought.

                Respectfully submitted,

                KEVIN J. O'CONNOR
                UNITED STATES ATTORNEY


                LAUREN M. NASH
                ASSISTANT U.S. ATTORNEY
                P.O. BOX 1824
                NEW HAVEN, CT  06508
                (203) 821-3700
                FEDERAL BAR # ct01705

CERTIFICATE OF SERVICE

This is to certify that a copy of the within and foregoing Unopposed Motion, *Nunc Pro Tunc,* for Extension of Time to File Reply Brief, has been mailed, postage prepaid, on this 29th day of December, 2003, to:

Kenneth A. Votre, Esq.
Hurwitz, Cooper, Silverman & Votre, P.C.
667 State Street
New Haven, CT 06511

                          LAUREN M. NASH
                          ASSISTANT U.S. ATTORNEY
                          P.O. BOX 1824
                          NEW HAVEN, CT  06508
                          (203) 821-3700
                          FEDERAL BAR # ct01705