UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY JORDAN | : | |
| | : | NO. 3:03CV982(MRK) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | |
| | : | |
| Defendant | : | |

## ORDER

Defendant's Unopposed Motion, *Nunc Pro Tunc*, For Extension Of Time To File Reply Brief [doc. #18], dated December 29, 2003, is hereby GRANTED. Defendant shall file a response to plaintiff's Memorandum of Opposition to Defendant's Motion to Dismiss on or before January 14, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 9, 2004.