UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephonic Scheduling Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

**Tuesday, January 13, 2004
2:15 p.m.**

**Plaintiff's attorney will initiate the telephone conference call.**

**After all of the parties are on the conference call, they should then call Chambers at 203-773-2022 on the above date and time.**

**Counsel are ordered by the Court to be prepared to discuss all pending motions.**

CASE NO.   **3:03cv982**      Jeffrey Jordan v. USA

---

Lauren M. Nash
U.S. Attorney's Office-NH
157 Church St., 23rd floor
PO Box 1824
New Haven, CT 06510

Kenneth A. Votre
Hurwitz, Cooper, Silverman & Votre
667 State Street
New Haven, CT 06511

**STATUS CONFERENCE HELD**
DATE: 1/13/04
20 min

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK