FILED
Jan 22   7 55 AM '04

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(Hartford)

| | |
|---|---|
| JEFFREY JORDAN<br>*Plaintiff* | No.: 3:03CV00982 (MRK) |
| VS. | |
| UNITED STATES OF AMERICA<br>*Defendant.* | January 15, 2004 |

### NOTICE OF FILING OF SUPPLEMENTAL RETURN

The undersigned Counsel hereby gives Notice of the filing of the certified mail return receipt card indicating receipt of the undersigned counsel's certified letter.

THE PLAINTIFF
JEFFREY JORDAN

By: _/s/_____
Kenneth A. Votre (ct05981)
Hurwitz, Cooper, Silverman & Votre, P.C.
667 State Street
New Haven, CT 06511
Ph: (203) 562-9955
Fax: (203) 789-0776

## OFFICER'S SUPPLEMENTAL RETURN

IN THE MATTER OF: JEFFREY JORDAN VS. UNITED STATES OF AMERICAN, DEPARTMENT OF TREASURY, CHERYL PEPE, ET ALS

RETURNABLE TO U.S. DISTRICT COURT DISTRICT OF CONNECTICUT bearing Docket # 3 03-CV-00982 SRU

STATE OF CONNECTICUT

        ss: New Haven, January 12, 2004

COUNTY OF NEW HAVEN

And afterwards, on July 9, 2003, I received from the Post Office, the return card, signed by the defendant the letter marked

U.S. DEPARTMENT OF JUSTICE, C/O Attorney General John Ashcroft

indicating receipt of the certified letter forwarded on June 27, 2003, and the same is hereto annexed.

ATTEST:

ROBERT S. MILLER
STATE MARSHAL
COUNTY OF NEW HAVEN



## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this, the 15th day of January 2004, to the following counsel and *pro se* parties of record:

Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508
Federal Bar #ct 01705
Tel. (203) 821-3700

Kenneth A. Votre