UNITED STATE DISTRICT COURT

DISTRICT OF CONNECTICUT

JEFFERY JORDAN,  : CIVIL NO. 303cv00982(MRK)
    PLAINTIFF  :
  :
V.  :
  :
UNITED STATE OF AMERICA,  :
    DEFENDANT.  :

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Jeffrey Jordan, and the Defendant, United State of America, through their undersigned counsel, respectfully submit this Stipulation of Dismissal of the above-captioned action without prejudice. The parties stipulate to the dismissal of this action based upon the following:

1. On June 3, 2003, the Plaintiff, Jeffrey Jordan, commenced this action under the Federal Tort Claims Act, 28 U.S.C. Section 2671 et seq. ("FTCA").

2. On October 20, 2003, Defendant filed a Motion to Dismiss the Complaint on various grounds, including that the Plaintiff's claims of governmental negligence are cognizable under the Civil Service Reform Act of 1978, Pub. L. 950454, 92 Stat. 1111, and the Federal Employees Compensation Act, 5 U.S.C. § 8101 et seq. (FECA), and that the applicability of this legislation operates to divest this Court of jurisdiction to hear Plaintiff's claims under the FTCA.

3. Based on discussions with counsel and this Court, the parties have agreed that in the interests of judicial economy, this action should be dismissed without prejudice so that a final FECA determination may be made by the Secretary of Labor.

4. Accordingly, the parties agree that this action may be dismissed without prejudice; that the Plaintiff will reinstate his claim under the FECA; and that this reinstatement will relate back to his timely filed claim of June 27, 2001.

5. The parties further agree that following a final FECA determination by the Secretary of Labor, Plaintiff may reinstate this action in this district court, and that this reinstated action is subject to any and all defenses which could have been raised by the Defendant in this proceeding. The Defendant, however, specifically agrees that the defenses which may be raised are those that existed at the time of the filing of the Plaintiff's action. The Defendant shall not raise any defenses based upon statute of limitations, res judicata or collateral estoppel which defenses are based upon the dismissal of this action and its subsequent reinstatement. The Defendant shall not be precluded, however, from raising any defenses arising because of any specific ruling on the Plaintiff's FECA claim.

WHEREFORE, the parties, through their undersigned counsel, hereby stipulate to the dismissal of this action without prejudice.

Respectfully submitted,

PLAINTIFF, JEFFREY JORDAN

_____
Kenneth A. Votre, Esq.
Votre & Associates, P.C.
201 Orange Street
New Haven, CT 06510
(203) 498-0065

DEFENDANT, UNITED STATES OF AMERICA

_____
Kevin J. O'Connor
United States Attorney
Lauren M. Nash
Assistant U.S. Attorney
P.O. Box 1824
New Haven, CT 06508
(203) 821-3700
Federal Bar # ct01705

JORDAN – stip dismissal without prejudice