# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JEFFREY JORDAN, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV982(MRK) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

## ORDER

Having received the parties' Stipulation of Dismissal Without Prejudice [doc. #23], the Court orders that the case be dismissed without prejudice. The Clerk is directed to close the file.

                                            IT IS SO ORDERED.

                                      /s/     Mark R. Kravitz
                                                           U.S.D.J.

**Dated at New Haven, Connecticut: April 20, 2004**.